UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Valerie Goemaere,

    Plaintiff(s),                                      Case No. 09-14106

v.                                                        Hon.  Sean F. Cox

Community Housing Network, Inc,

    Defendant(s).
_____/

## ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL

       Plaintiff filed her Complaint with a request for appointment of counsel on October 16, 2009. Typically, this court appoints counsel in a case only under exceptional circumstances and, in any event, only after the claims have survived a dispositive motion.  There are no exceptional circumstances in this case that would warrant the appointment of counsel at this time, and plaintiff's claims have not yet been tested by a dispositive motion;

       Therefore, the Court DENIES without prejudice, Plaintiff's request for appointment of counsel.

       SO ORDERED.

                                          S/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated: November 2, 2009

I hereby certify that on November 2, 2009, a copy of the foregoing document was served upon Valerie Goemaere, via First Class Mail at the address below:

Valerie Goemaere
45 Oriole Road
Pontiac, MI 48341-1563

                                          S/J. Hernandez
                                          Case Manager